146 So. 924

**Mary PRICE v. STATE.**
8 Div. 760.

Court of Appeals of Alabama.
Feb. 28, 1933.

RICE, Judge.
Affirmed.

147 So. 925

**George PRIDGEN v. STATE.**
4 Div. 998.

Court of Appeals of Alabama.
April 4, 1933.

Appeal from Circuit Court, Pike County; W. L. Parks, Judge.

BRICKEN, Presiding Judge.
Affirmed.

146 So. 924

**Henry PRIEST v. STATE.**
8 Div. 728.

Court of Appeals of Alabama.
Feb. 14, 1933.

RICE, Judge.
Affirmed.

142 So. 924

**Ralph PRIMM v. STATE.**
8 Div. 544.

Court of Appeals of Alabama.
May 24, 1932.

RICE, J.
Affirmed.

142 So. 925

**A. L. PRITCHETT v. STATE.**
8 Div. 530.

Court of Appeals of Alabama.
May 24, 1932.

RICE, J.
Affirmed.

142 So. 925

**Frances PROUTY v. CITY OF GADSDEN.**
7 Div. 868.

Court of Appeals of Alabama.
May 26, 1932.

PER CURIAM.
Appeal dismissed for want of prosecution.

147 So. 925

**Ella QUALLS v. STATE.**
4 Div. 932.

Court of Appeals of Alabama.
April 4, 1933.

BRICKEN, Presiding Judge.
Appeal dismissed.

139 So. 921

**Alex. QUILLIN v. STATE.**
8 Div. 422.

Court of Appeals of Alabama.
Feb. 2, 1932.

SAMFORD, J.
Affirmed.